VICTOR F. SMITH, Respondent, v. HAROLD FONDA, Defendant, and SHADINGER & REDICK COMPANY, INC., Appellant.—

Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.